UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. 14-80487-Civ-Brannon

RAYMOND AKIKI,

      Plaintiff(s),

vs.

BANKUNITED,
NATIONAL ASSOCIATION, et al.,

      Defendant(s).
_____/

## ORDER GRANTING PLAINTIFF'S MOTION TO DISMISS

THIS CAUSE is before the Court upon Plaintiff's Motion to Dismiss Complaint Without Prejudice (DE 34) and Defendants' Response of No Objection to Plaintiff's Motion to Dismiss (DE 36). It is hereby ORDERED that Plaintiff's Motion to Dismiss (DE 34) be GRANTED and the complaint be dismissed without prejudice and without costs. The Clerk shall CLOSE this case.

DONE AND ORDERED in Chambers at West Palm Beach, Florida, this 11th day of December, 2014.

                                            DAVE LEE BRANNON
                                            U.S. MAGISTRATE JUDGE